UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Sharon Baird, ) | | Case No: 17-16587 |
| | ) | | |
| | Debtor ) | | Chapter 13 |

### ORDER APPROVING FILING FEE PAYMENT
### IN FOUR EQUAL MONTHLY INSTALLMENTS

**IT IS HEREBY ORDERED** that Debtor, Sharon Baird, may pay Chapter 13 Filing Fee in four (4) equal monthly installments of $77.50 commencing October 27, 2017; with further payments due November 27, 2017, December 27, 2017 and January 27, 2018, for total of $310.

BY THE COURT

Date: __October 30, 2017__                    _____
                                                United States Bankruptcy Judge