# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-16587-MDC

SHARON R BAIRD

1600 CHURCH ROAD A-105

WYNCOTE, PA 19095

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHARON R BAIRD

1600 CHURCH ROAD A-105

WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

PETER FRANCIS BLUST

1475 MT hOLLY ROAD  N-9
EDGEWATER PARK, NJ 08010-

Date: 11/7/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee