IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | |
| Sharon R. Baird | : | Chapter 13 |
| Debtor | : | |
| | : | No. 17-16587 mdc |
| 1600 Church Road Condominium | : | |
| Association | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Sharon R. Baird | : | |
| Respondent | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

1600 Church Road Condominium Association, Movant, has filed a motion for relief from the automatic stay with the Court to permit 1600 Church Road Condominium Association to proceed with assessment collections on the Unit.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 15 DAYS FROM THE DATE OF SERVICE you or your attorney must do all of the following:

(a)      file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to the movant's attorney:      Hal A. Barrow, Esquire
Suite B102 - 65 W. Street Road
Warminster, PA 18974
(215) 956-9099

2.      If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the **Thursday, November 30, 2017 at 11:00 a.m. in Courtroom 2, The United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Suite 400, Philadelphia, PA 19107.** Unless the Court Orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed factual issues in the manner directed by Fed.R.Bankr.P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1 (b).

5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed and answer.

BARROW|HOFFMAN

By: _____

      Hal A. Barrow, Esquire
      Attorney for Movant
      65 W. Street Road, Suite B102
      Warminster, PA  18974
      (215) 956-9099

Date:  10|1|17