UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:     Sharon Baird,           )          Case No: 17-16587
                                   )
           Debtor                  )          Chapter 13

ORDER

**IT IS HEREBY ORDERED** that Debtor's incomplete filings, identified in the above-captioned case Document Number 30, are now due on or before December 4th, 2017.

BY THE COURT

Date: December 1, 2017

_____
United States Bankruptcy Judge