United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16587-mdc
Sharon R Baird                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John               Page 1 of 1              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db          +Sharon R Baird,   1600 Church Road A-105,   Wyncote, PA 19095-1918
13994387    +1600 Church Road Condo Association,   c/o HAL A. BARROW, ESQ.,   65 W. Street Road, Suite B-102,
              Warminster, PA 18974-3216
13992030    +1600 Church Road Condominium Association,   c/o Hal A. Barrow, Esquire,
              65 W. Street Road, Suite B102,   Warminster, PA 18974-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 02 2017 02:03:42     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2017 02:03:04
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2017 02:03:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +1600 Church Road Condominium Association,   c/o Hal A. Barrow, Esquire,
              65 W. Street Road, Suite B102,   Warminster, PA 18974-3216
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          HAL A. BARROW    on behalf of Creditor   1600 Church Road Condominium Association
           kelly@barrowlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association et. al.
           bkgroup@kmllawgroup.com
          PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Sharon R. Baird<br>　　　　Debtor | : <br> : <br> : <br> : | Chapter 13<br><br>No. 17-16587 mdc |
| 1600 Church Road Condominium<br>Association<br>　　　　Movant<br>v.<br><br>Sharon R. Baird<br>　　　　Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : | |

### ORDER FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 30th day of November, 2017, upon motion of 1600 Church Road Condominium Association and for good cause shown, it is hereby Ordered and Decreed that 1600 Church Road Condominium Association is granted relief from the automatic stay:

1. The Association may take any and all actions necessary or appropriate to collect the condominium fees and related charges (i.e. interest, late fees and collection expenses) which are due to the Association from Sharon Baird on account of her ownership of 1600 Church Road, Unit A-105, Wyncote, Pennsylvania.

2. The Association may proceed with the Sheriff Sale scheduled for December 6, 2017.

3. The Association may continue to prosecute the state court lawsuit to enforce the pet restrictions at the Condominium filed in the Court of Common Pleas of Montgomery County and currently on appeal to the Superior Court of Pennsylvania.

_____
　　　　　　　　　　　J.