```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                          Case No. 17-16587-mdc
Sharon R Baird                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Dec 08, 2017
                              Form ID: pdf900         Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2017.
db           +Sharon R Baird,    1600 Church Road A-105,    Wyncote, PA 19095-1918
13994387     +1600 Church Road Condo Association,    c/o HAL A. BARROW, ESQ.,    65 W. Street Road, Suite B-102,
               Warminster, PA 18974-3216
13992030     +1600 Church Road Condominium Association,    c/o Hal A. Barrow, Esquire,
               65 W. Street Road, Suite B102,    Warminster, PA 18974-3216
13994388     +Rushmore LM,    c/o EMMANUEL ARGENTIERI, ESQ.,    52 Newton Ave. PO Box 456,
               Woodbury, NJ 08096-7456
14004999     +U.S. Bank National Association et. al.,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 09 2017 01:10:20      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 09 2017 01:09:39      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 09 2017 01:10:01      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +1600 Church Road Condominium Association,    c/o Hal A. Barrow, Esquire,
               65 W. Street Road, Suite B102,    Warminster, PA 18974-3216
13993432*    +1600 Church Road Condominium Association,    c/o Hal A. Barrow, Esquire,    65 W. Street Road,
               Suite B102,    Warminster, PA 18974-3216
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2017 at the address(es) listed below:
              HAL A. BARROW    on behalf of Creditor    1600 Church Road Condominium Association
               kelly@barrowlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et. al.
               bkgroup@kmllawgroup.com
              PETER FRANCIS BLUST    on behalf of Debtor Sharon R Baird peterfblust@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Sharon R. Baird, | : | |
| Debtor. | : | Bankruptcy No. 16-13369-MDC |

# **O R D E R**

**AND NOW**, this Court having entered an Order dated November 9, 2017 (the "Order"),[1] scheduling a hearing for December 6, 2017 (the "Hearing"), to consider the request filed by Sharon R. Baird (the "Debtor") for this Court to grant the Debtor a temporary waiver under 11 U.S.C. §109(h)(3) of the credit counseling requirements provided by 11 U.S.C. §109(h)(1).

**AND**, 11 U.S.C. §109(h)(1) requires that an individual may not be a debtor in a bankruptcy case unless, within the 180-day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. § 111(a) (the "Credit Counseling Requirement").

**AND**, 11 U.S.C. §109(h)(3) provides that the Debtor may be exempted temporarily from the Credit Counseling Requirement for a 30-day period after the filing of the petition, if the Debtor submits a certification (a "Certification of Exigent Circumstances") that:

    A. describes the exigent circumstances that merit a temporary waiver of the Credit Counseling Requirement,

    B. states that the Debtor requested credit counseling services from an approved agency but was unable to obtain the services during the 7-day period beginning on the date the request was made, and

    C. is satisfactory to this Court.

---

[1] Bankr. Docket No. 25.

**AND**, at the Hearing, the Debtor admitted that she filed the bankruptcy petition in the case without receiving a prepetition credit briefing as required by 11 U.S.C. §109(h)(1).

It is hereby **ORDERED** and **DETERMINED** that:

1. The Debtor failed to establish that she qualifies for a temporary waiver of the credit counseling.

2. The above bankruptcy case is **DISMISSED**.

Dated: December 8, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Peter F. Blust, Esquire
Law Office of Peter Blust
Cooper Valley Village N-9
1475 Nt. Holly Road
Edgewater Park, NJ 08010

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107